UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL CASE NO. 3:05-CR-128 |
| ) | JUDGE PHILLIPS/GUYTON |
| HOWARD HICKMAN ) | |

**O R D E R**

On the petition of the United States of America by Harry S. Mattice, Jr., United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Warden, Northeast Correctional Complex, Mountain City, Tennessee, to bring Howard Hickman, Prisoner I.D. No. 80996 before this Court in Knoxville, Tennessee, on the 16th day of November, 2005 at 9:30 a.m. on that day, for an initial appearance, or for his case to be otherwise disposed of, and each day thereafter until said case is disposed of, and immediately thereafter be returned to said Warden, Northeast Correctional Complex, Mountain City, Tennessee

And it is further ordered that, in the event the Warden, Northeast Correctional Complex, Mountain City, Tennessee, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, is directed to receive said Howard Hickman, into his custody

and transport him to and from said Northeast Correctional Complex, Mountain City, Tennessee, and this Court for the aforesaid purpose.

APPROVED FOR ENTRY:

<u>   s/ H. Bruce Guyton   </u>
United States Magistrate Judge