UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,  )
           )
     Plaintiff   )
           )
v.           )   No.  3:05-CR-128
           )   (PHILLIPS/GUYTON)
HOWARD HICKMAN,    )
           )
           )
     Defendant  )

## ORDER OF DETENTION PENDING TRIAL

   The above-named defendant appeared in custody before the undersigned on November 16, 2005,  for an initial appearance and arraignment on an indictment.   Special Assistant United States Attorney Brownlow Marsh  was present for the government and Keith D. Stewart  appeared as CJA appointed counsel for  the defendant

   The defendant is currently serving a term of imprisonment on state charges and was brought before this Court on a writ.   The defendant and his attorney executed a Waiver of Detention Hearing in open court reserving the defendant's right to request a hearing at a later date if his circumstances should change.

   Accordingly, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for

private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

_____s/ H. Bruce Guyton_____
United States Magistrate Judge