UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-128 |
| | ) | (Phillips) |
| HOWARD HICKMAN | ) | |

## ORDER

Defendant's motion for authorization to obtain medical records relating to his medical treatment while in the custody of the State of Tennessee [Doc. 154] is **GRANTED.**

**ENTER:**

                          s/ Thomas W. Phillips
                      United States District Judge